IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
*Alexandria Division*

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No: 1:25-MJ-559 |
| ) | |
| LAZARO ALVAREZ, ) | |
|     *Defendant*. ) | |
| ) | |

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Kelsey Phillips, Special Agent of the Pentagon Force Protection Agency ("PFPA"), being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. This affidavit is submitted in support of a criminal complaint charging LAZARO ALVAREZ with violating 18 U.S.C. § 875(c) (transmitting threats through interstate communication).

2. I am a Special Agent with the PFPA. I am currently assigned to the Investigation and Intelligence Division, more specifically the Threat Management Unit (TMU). I hold a Bachelor of Science degree in Criminal Justice with a minor in Psychology from Temple University. I have successfully completed the Criminal Investigator Training Program and the Uniformed Police Training Program at the Federal Law Enforcement Training Center. I have been trained in the preparation, presentation, and service of criminal complaints, arrest warrants, and search warrants involving offenses against the United States. I have been employed as a law enforcement officer in various capacities since 2017. Prior to starting my career in law enforcement, I was a paralegal for a private law firm in New Jersey for approximately five years.

3. The facts in this affidavit are based on my personal observations, my training and experience, and information obtained from other agents, U.S. Government personnel, and

witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter. Where I have reported statements made by others, or from documents that I have reviewed, those statements are summarized, unless otherwise noted.

## PROBABLE CAUSE

4. On March 10, 2025, at approximately 1:22 p.m., the Instagram account identified by username "@pentagonofficer" sent a private message to the PFPA's official Instagram account, stating, "I swear to God I'm gonna have Trump thru assassination soon." ALVAREZ then sent two additional private messages at approximately 1:23 p.m. on the same date, March 10, 2025, stating, "This Time not attempt it's gonna be done fully and successfully" and "The knife."

5. On March 11, 2025, one of PFPA's Corporate Communications Office ("CCO") employees saw the messages at approximately 9:05 a.m. while at the CCO, which is located on the Pentagon Reservation[1], within Arlington County, Virginia, within the Eastern District of Virginia.

6. On March 11, 2025, at approximately 2:20 p.m., the TMU was notified of the messages sent to the PFPA Instagram by "@pentagonofficer." At approximately 2:26 p.m., TMU agents requested that PFPA's Open-Source Team ("OST") locate more information on the "@pentagonofficer" Instagram account. The OST was able to identify the user of the account as Lazaro Jacy Alvarez ("ALVAREZ"), and was also able to locate additional user account profiles associated with ALVAREZ and additional threatening posts made by ALVAREZ. The OST's search revealed that ALVAREZ was claiming that he works for the PFPA. In the majority of his

---

[1] *See* 10 U.S.C. § 2674

posts, he geo-locates himself as being at "The Pentagon." There is also at least one post showing a male holding a knife, as well as one post with a picture of a knife by itself.

7. The CCO employee who first received the messages on the PFPA Instagram account told law enforcement that the PFPA account has been receiving messages from @pentagonofficer for a while, and that it has been receiving similar messages from other Instagram accounts, leading her to believe that it was the same person sending all the messages from various accounts. Your affiant reviewed the other messages that ALVAREZ previously sent to the PFPA Instagram account and identified other concerning messages.

8. For example, one of the other Instagram accounts that the OST connected to ALVAREZ is identified by the username "@iamjacy2024." The name "Jacy" is ALVAREZ's middle name. In one of the direct messages from @iamjacy2024 to the PFPA account, ALVAREZ sent a photograph of a letter addressed to the former Press Secretary of the Department of Defense of the United States, Major General Patrick Ryder. The text of the letter is difficult to read, but it is possible to make out the words "death penalty," "dead or alive," and "also all Pentagon agents as well." The photograph also shows a large knife. The letter is signed "Lazaro Jacy Alvarez." The direct message with the photograph is shown below:

3



9. On March 12, 2025, I called ALVAREZ to confirm his cell phone number after discovering it on one of his social media posts. ALVAREZ did not initially answer, but called back later. During the conversation, ALVAREZ stated that he was currently in Brooklyn, New York, but had plans to come down to Richmond, Virginia in the next four days to be closer to the Pentagon because that is where he feels the "safest." ALVAREZ also mentioned that he had no intentions of returning to Connecticut due to feeling as if people were trying to steal his identity.

10. Upon receiving word that ALVAREZ had intentions of coming down to the National Capital Region, a Be On the Lookout (BOLO) advisory was created both internally and externally. In the BOLO, officers were made aware of the assassination threat that ALVAREZ made towards the President, as well as the fact that he is known to possess a weapon (knife), and that he had two warrants out of Bridgeport, Connecticut.

11. Upon confirmation of ALVAREZ's phone number, an Exigent Request form was sent to T-Mobile for GPS tracking. The Exigent Request to T-Mobile also provided ALVAREZ's cell phone data sessions, subscriber information, call detail records with cell sites, and timing advance information. Once the request was approved, cell phone pings started to come through every ten minutes with an approximate location for ALVAREZ. The cell phone ping data started coming through at approximately 8:00 p.m. on March 12, 2025, and reflected locations in New York. However, on March 13 and March 14, the cell phone reflected a location in Maryland. During the morning hours of March 15, the data reflected that ALVAREZ's phone was in Washington, D.C. The phone then moved towards the Pentagon Metro station within the special territorial and maritime jurisdiction of the United States and on the Pentagon Reservation.

12. Additionally, law enforcement obtained data from T-Mobile for the same cellular phone from March 10, 2025 at 12:00 a.m. through March 13, 2025 at 11:59 p.m. The pings from March 10, 2025 show a location in New York. More specifically, the pings from that date during the relevant time frame, that is between the times of 1:20 p.m. and 2:12 p.m., show ALVAREZ's cellular phone at or near two different locations on First Avenue and at or near a location on East 36th Street. Thereafter, the phone continues to ping at different locations in New York on that day.

13. At approximately 12:06 p.m. on March 15, 2025, the Pentagon Operations Center ("POC") was notified that ALVAREZ might be around the Pentagon Metro, and that officers in the Pentagon Police Department ("PPD") should be notified. Shortly after the notification was made, the POC confirmed that PPD had ALVAREZ detained at the Pentagon Metro. The POC also confirmed that, during the detainment, PPD discovered that ALVAREZ was in possession of drug paraphernalia and narcotics (white, powdery substance).

5

14. ALVAREZ was subsequently arrested and charged with a violation of Va. Code § 18.2-250 (Possession of a Schedule I/II Controlled Substance). Prior to being transported to Arlington County Jail, ALVAREZ was interviewed at the Pentagon Support Operations Center ("PSOC") interview room and read his Miranda rights, which he waived. Two interviews with ALVAREZ were conducted, one with United States Secret Service (USSS) agents and PFPA agents, and then one with just PFPA agents. During the interviews, ALVAREZ admitted that he sent the concerning messages and that the social media profiles he was using were, in fact, his.

15. On August 28, 2025, the USSS received a letter from ALVAREZ addressed to President Donald J. Trump from the Arlington Adult Detention Center (ADC). The Arlington ADC is in Arlington County, VA, and within the Eastern District of Virginia.

16. The letter contained an unknown substance inside. ALVAREZ writes in the letter that the substance is "jail soap." The substance was later determined to be benign. ALVAREZ mentions being arrested relating to his post on Instagram in the letter.

## CONCLUSION

17. I submit that this affidavit supports probable cause for a criminal complaint and arrest warrant for LAZARO ALVAREZ for 18 U.S.C. § 875(c).

Respectfully Submitted,

Special Agent Kelsey Phillips
Pentagon Force Protection Agency

Attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 via telephone on this 12th day of September 2025.

Honorable William E. Fitzpatrick
United States Magistrate Judge
Eastern District of Virginia